**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAVID PATTERSON**                                                                                        **PLAINTIFF**
**ADC # 129780**

**v.**                                                        **NO: 4:21-CV-00665-LPR**

**DOE,** *et al*.                                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff David Patterson's Second Amended Complaint is dismissed without prejudice.  This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 8th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE